1 | Mark N. Todzo (168389)
LEXINGTON LAW GROUP
2 | 503 Divisadero Street
San Francisco, CA 94117-2212
3 | Telephone: (415) 913-7800
Facsimile: (415) 759-4112
4 | mtodzo@lexlawgroup.com

5 | Counsel for Plaintiffs

6 | (Additional Counsel in Signature Block)

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | EDWIN CAHILL AND FRANK ROGERS,   Case No.: 3:12-cv-04691-EDL

PLAINTIFFS,

13 |                                 STIPULATION AND [PROPOSED]
vs.                              ORDER REGARDING DEFENDANT'S
14 |                                 MOTION TO TRANSFER THIS
CITRUS WORLD, INC. d/b/a FLORIDA'S   ACTION TO THE NORTHERN
15 | NATURAL GROWERS,                 DISTRICT OF ALABAMA

16 |                DEFENDANT.

17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs Edwin Cahill and Frank Rogers ("Plaintiffs") and Defendant Citrus World, Inc. d/b/a Florida's Natural Growers ("Citrus World") stipulate as follows:

WHEREAS, Plaintiffs filed this action captioned *Cahill, et al. v. Citrus World, Inc.* (Case No. 3:12-cv-04691-EDL) in this Court on September 7, 2012 (the "Action");

WHEREAS, on October 12, 2012, Defendant moved the Court to transfer this Action to the Northern District of Alabama under 28 U.S.C. § 1404(a), or, in the alternative, staying this action (ECF No. 7);

WHEREAS, Plaintiffs do not concede that any statements or arguments made by Defendant in its motion to transfer are true or correct;

WHEREAS, while Plaintiffs object to a stay of their Action pending disposition of *Veal v. Citrus World, Inc.* (Case No. 2:12-cv-00801-IPJ (N.D. Ala.)) (the "*Veal* Action"); in the interests of efficiency and judicial economy, Plaintiffs do not oppose Defendants' motion to transfer pursuant to 28 U.S.C. § 1404(a);

NOW, THEREFORE, the parties agree as follows:

1. The Action should be transferred to the Northern District of Alabama, where the *Veal* Action is pending.

| | | |
|---|---|---|
| 1 | DATED: October 26, 2012 | LATHAM, SHUKER, EDEN & BEAUDINE, LLP |
| 2 | | |
| 3 | | By: _____/s/ Daniel Coultoff_____<br>Daniel H. Coultoff |
| 4 | | 111 N. Magnolia Ave., Ste. 1400<br>Orlando, FL 32801 |
| 5 | | Telephone: (407) 481-5800<br>Email: dcoultoff@lseblaw.com |
| 6 | | |
| 7 | | *Attorneys For Defendant Citrus World, Inc.* |
| 8 | DATED: October 26, 2012 | LEXINGTON LAW GROUP |
| 9 | | |
| 10 | | By: _____/s/ Mark Todzo_____<br>Mark N. Todzo |
| 11 | | 503 Divisadero Street |
| 12 | | San Francisco, CA 94117-2212<br>Telephone: (415) 913-7800 |
| 13 | | Facsimile: (415) 759-4112<br>mtodzo@lexlawgroup.com |
| 14 | | |
| 15 | | *Attorneys For Plaintiffs Edwin Cahill and Frank Rogers* |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __October 26_____, 2012

_____
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF CALIFORNIA

2

**CERTIFICATE OF SERVICE**

On October 26, 2012, I electronically submitted the foregoing document with the Clerk of court for the U.S. District Court, Northern District of California, using the electronic case filing ("ECF") system of the Court. All parties who have consented to electronic service will receive notice of this filing by operation of the ECF system. Any parties who have not consented to electronic service will receive a paper copy of this electronically filed document through the United States Postal Service.

/s/ Mark N. Todzo
Mark N. Todzo
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800
Facsimile: (415) 759-4112
Email: mtodzo@lexlawgroup.com